# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Walter George Lauzon,

_____
*Plaintiff*                                )
)
v.                                         )       Civil Action No.   2:16-cv-00292-RHW
)
Commissioner of Social Security,           )
)

_____
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Judgment is entered in favor for Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   ROBERT H. WHALEY _____ on  motions for

Summary Judgment (ECF Nos. 13 and 14).

Date:   07/05/2017 _____            *CLERK OF COURT*

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____